UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL A. MOUHOURTIS, on behalf
of himself and others similarly situated,

Plaintiffs,

v.  CASE NO. 8:08-cv-1872-T17-TGW

UTILITIES MARKETING GROUP, LLC,

Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

NOW COME Defendant, UTILITIES MARKETING GROUP, LLC ("UMG") and Plaintiff, MICHAEL A. MOUHOURTIS ("MOUHOURTIS"), to jointly advise the Court that this matter has been settled in its entirety including all attorney's fees and costs. Plaintiff is recovering the full amount of the wages he claims are owed. The parties request that this Court dismiss this matter with prejudice. In support of their Joint Notice for Dismissal, the parties jointly state as follows:

1. Plaintiff filed a FLSA claim alleging that he was not paid overtime in conformance with the FLSA.

2. The parties have reached a settlement whereby Plaintiff is recovering the full amount of the overtime that he claimed is unpaid.

3. Because Plaintiff is recovering the full amount of the wages he alleges are owed and this case therefore does not involve a compromise of overtime allegedly owed, Court approval of the settlement is not required and this Court can and should dismiss this matter with prejudice and without fees and costs except as provided in the

Settlement Agreement between the parties. *See MacKenzie v. Kindred Hospital East, L.L.C.,* 276 F.Supp.2d 1211, 1217 (M.D.Fla. 2003)

WHEREFORE, for the reasons stated herein, the parties respectfully request that this Court dismiss this matter with prejudice and without costs and fees.

/s Colleen M. Flynn
Colleen M. Flynn
FBN 190470
E-Mail: ColleenF@jpfirm.com
JOHNSON, POPE, BOKOR, RUPPEL & BURNS, L.L.P.
911 Chestnut Street
Clearwater, FL 33756-5643
Telephone: (727) 461-1818
Telefax: (727) 441-8617
Counsel for Defendant

/s Ryan Morgan
Ryan Morgan
FBN 0015527
E-Mail: rmorgan@forthepeople.com
MORGAN & MORGAN PA
P.O. Box 4979
Orlando, FL 32802-4979
Telephone: (407)420-1414
Telefax: (404) 423-7928
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing as been electronically filed and served via CM/ECF on Ryan Morgan, Morgan & Morgan, P.A., 20 North Orange Avenue, Suite 1600, Orlando, FL 32802-4979, as well as any other attorney of record who is registered in this case this 14th day of July, 2009.

JOHNSON, POPE, BOKOR,

RUPPEL & BURNS, LLP

By: s/Colleen M. Flynn

491264